FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 2 5 2019

JAMES N. HATTEN, Clerk
By:                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN GEORGIA DISTRICT OF GEORGIA

ATLANTA DIVISION

RAYMOND WASHINGTO N, )

    Plaintiff,           )   CIVIL ACTION FILE

v.                     )   NO.1:19-cv-915-TCB

ERIKA SHIELDS, individually )

and in her official capacity     )

as the Chief of Police employed )

by the City of Atlanta, et al.,

    Defendant.

## AMENDED COMPLAINT

The Plaintiff Raymond Washington, is in fact filing an amended complaint before the court, where he per the order is in fact and not frivolously removing Sergeant Jose Astorga, Sergeant Aaron Zorn, and Sergeant James Carroll from this Complaint, because as the Judge asserted in the Order it would be best since the Plaintiff is requesting for relief to be granted, per the order the Judge asserted the only discernable, Viable Claims relate to the Plaintiff receiving a False Imprisonment by each of the Defendants Separately Sergeant Aaron Zorn, Sergeant James Carroll, and Sergeant Jose Astorga not only did the Defendants not have Probable cause or reasonable suspicion for an arrest more less a false detaining, the Plaintiff was sitting in the Photo lab Chair a seat where he was only sitting there because he was not filling good and the Defendant Jose Astorga approached the Plaintiff and asked if he was not going to buy anything he needed to leave the store then the Plaintiff asserted to the agent of the government while he

was acting under the color of the State of Georgia better known as Sergeant Jose Astorga, and I quote Sir you can't see this Walgreens bag and I will show you the receipt and as Washington conveyed to the Defendant Astorga before the assault that he was sitting there because he was awaiting for the line to go down not to mention the Plaintiff had altoids in hands and Astorga snatched the Altoids out of the Plaintiff hands and pushed him off the seat all because the Plaintiff said it look Astorga was staging because as Washington accounts for the incident there was no member of law enforcement in the store upon the last 25 minutes of the encounter before the assault mind you Washington really did not have to say anything to the Defendant Jose Astorga so for Astorga to physically assault the Plaintiff and then false Imprison the Plaintiff all because he request for Supervisor the is the court agreeing saying it is legal for law enforcement to go outside scope of their authority physically assault a civilian without probable cause or reasonable suspicion it would best be suited with detailed accounts by each Defendant separately and not filled with buzzwords in addition, this complaint that has been filed the Plaintiff Raymond Washington, does medical bills due to the False Imprisonment and false detaining

The Plaintiff is asserting before the court that in contrary to Mailey v. Briggs, 475 475 US Court 335. 1986 Argued November 13, 1986 where the question was if the law enforcement officer was within qualified immunity or reasonably qualified but in this case where the Defendant who are law enforcement officers and have full Knowledge that there action does violate the Plaintiff rights and there action does go outside the scope of their employment municipality that there employed by, and Unfortunately per the order there needs to a disposition and explanation and the Plaintiff will file a Mandamus requesting what court permitted the alleged illegal; acts by the Defendants since it does violate both federal and State law but, this case that is before the court has defendants who are law enforcement Officers cannot in fact in any way possible claim that they are immune from such relief unless the court is asserting that the Defendants who are law enforcement Officers don't have knowledge of both federal or State law and even then a Mediocre response is not legal the Defendant have a signed oath and affirmation legal because the Defendant did sign Upon receiving employment with the Municipality with bleu or black signatures To the County or City by which they are employed The Plaintiff is requesting before the court that he receives 45 days in addition to answer his amended complaint rather than the initial 21 days since he awaiting for .The Defendants to respond with other documents that have been upheld therefore it Would preclude for one to assume that there is collusion and deception going on.

Raymond Washington